# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: JULIUS L. EDGESTON             §     Case No. 11-83119
       JOSELYN K. EDGESTON            §
                                      §
                                      §
           Debtors                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2011.

2) The plan was confirmed on 11/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/11/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/06/2012, 08/03/2012.

5) The case was dismissed on 08/10/2012.

6) Number of months from filing or conversion to last payment: 8.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,400.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 2,025.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 2,025.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 511.53 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 114.95 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 626.48 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 511.53 | 0.00 |
| NATIONAL CAPITAL | Sec | 10,000.00 | 30,323.88 | 13,623.00 | 789.89 | 608.63 |
| NATIONAL CAPITAL | Uns | 3,500.00 | 0.00 | 16,700.88 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 759.00 | NA | NA | 0.00 | 0.00 |
| AT & T PHONE SERVICE | Uns | 116.26 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 981.76 | 2,250.00 | 2,250.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 1,261.91 | NA | NA | 0.00 | 0.00 |
| ALPINE BANK OF ROCKFORD | Uns | 2,662.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS RECOVERY NETWORK | Uns | 3,999.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 477.43 | 477.43 | 477.43 | 0.00 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Uns | 1,013.93 | NA | NA | 0.00 | 0.00 |
| ANIMAL EMERGENCY CLINIC OF | Uns | 173.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC asignee | Uns | 57.52 | 57.52 | 57.52 | 0.00 | 0.00 |
| ATTORNEY JAMES MOORE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS | Uns | 237.00 | 487.00 | 487.00 | 0.00 | 0.00 |
| CARAOTTA CHIROPRACTIC PC | Uns | 1,336.40 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 6,717.86 | 5,039.52 | 5,039.52 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY OF ROCKFORD | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 2,723.45 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 5,182.81 | 5,898.25 | 5,898.25 | 0.00 | 0.00 |
| CONSTITUTIONAL CASUALTY | Uns | 431.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 4,728.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 1,158.00 | NA | NA | 0.00 | 0.00 |
| DAVID WIESS | Uns | 30,000.00 | NA | NA | 0.00 | 0.00 |
| DIGIOVANNIS EXTREME AUTO | Uns | 4,385.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV INC | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Uns | 1,200.00 | 2,187.24 | 2,187.24 | 0.00 | 0.00 |
| FIRST AVENUE AUTO | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FOUNDERS INSURANCE | Uns | 612.00 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Uns | 294.61 | NA | NA | 0.00 | 0.00 |
| HOOPS AUTOMOTIVE | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HUNTLEY CHEVROLET | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT | Uns | 3,911.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 638.20 | 2,625.20 | 2,625.20 | 0.00 | 0.00 |
| INTEGRATED HOMECARE | Uns | 113.50 | NA | NA | 0.00 | 0.00 |
| JAMES ORISINGER | Uns | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 |
| LEVIS MEZA | Uns | 5,767.31 | 6,356.39 | 6,356.39 | 0.00 | 0.00 |
| MCI | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| MILLER EYE CENTER | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MONARCH RECOVERY | Uns | 317.41 | NA | NA | 0.00 | 0.00 |
| MONROE CLINIC | Uns | 111.98 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Uns | 2,003.98 | 1,692.48 | 1,692.48 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 4,387.66 | 4,323.16 | 4,323.16 | 0.00 | 0.00 |
| NATIONAL CITY BANK NKA PNC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 318.14 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 5,145.24 | 1,957.87 | 1,957.87 | 0.00 | 0.00 |
| OMNI CREDIT SERVICES | Uns | 479.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 116.12 | 1,709.00 | 1,709.00 | 0.00 | 0.00 |
| PARAGON WAY INC | Uns | 311.66 | NA | NA | 0.00 | 0.00 |
| PBA | Uns | 270.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 675.00 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD / CHARTER | Uns | 344.51 | NA | NA | 0.00 | 0.00 |
| QUANTUM SERVICING CORP | Uns | 30,000.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES | Uns | 853.00 | NA | NA | 0.00 | 0.00 |
| RICE AUTO SALES | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY CULLIGAN | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC PATHOLOGISTS | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 5,149.68 | 7,369.97 | 7,369.97 | 0.00 | 0.00 |
| ROCKFORD WATER DEPT | Uns | 933.01 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Uns | 11,076.00 | 8,316.75 | 8,316.75 | 0.00 | 0.00 |
| SBC | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 2,031.23 | 2,021.47 | 2,021.47 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 170.53 | 2,518.22 | 2,518.22 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 2,367.69 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 380.48 | 400.00 | 400.00 | 0.00 | 0.00 |
| TSYS TOTAL DEBT MANAGEMENT | Uns | 39.32 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 1,250.00 | 405.96 | 405.96 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Uns | 1,855.59 | 1,855.59 | 1,855.59 | 0.00 | 0.00 |
| UNITED EQUITABLE INSURANCE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 4,146.27 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| RENT - A - CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 13,623.00 | $ 789.89 | $ 608.63 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,623.00 | $ 789.89 | $ 608.63 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 74,649.90 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 626.48 |
| Disbursements to Creditors | $ 1,398.52 |
| **TOTAL DISBURSEMENTS:** | $ 2,025.00 |

UST Form 101-13-FR-S (9/1/2009)

Document      Page 6 of 6

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  10/24/2012           By:  /s/ Lydia S. Meyer
                                 Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)